IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: Thomas E. Wilson, III | * | |
| Debtor | * | Case No. 10-15639RG |
| * * * * * * * | | Chapter 7 |
| Thomas E. Wilson, III | * | |
| Plaintiff | * | |
| vs. | * | Adversary No.: |
| Mariner Finance, LLC | * | |
| Defendant | * | |
| * * * * * * * * * * * | | |

Complaint to Avoid and Recover Preferential Transfer

Now comes Thomas E. Wilson, III, Debtor/Plaintiff, by his attorney, James R. Logan, and files this Complaint to Avoid and Recover Preferential Transfer and for cause states:

1.   This case was commenced by Debtor/Plaintiff, Thomas E. Wilson, III, by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on March 17, 2010.

2.   This complaint is filed, pursuant to 11 U.S.C. § 522(h), to set aside a transfer of the Debtor's exempt property to Defendant, Mariner Finance, LLC.  This Court has jurisdiction under 28 U.S.C. § 1334.  This proceeding is a core proceeding.

3.   On or about March 5, 2010, a date less than ninety days prior to the commencement of this case, Defendant caused to be issued an attachment of the debtor's wages from Debtor's employer, Mayor and City Council of Baltimore (City of Baltimore Central).

4.   Pursuant to this garnishment, for payment of an antecedent debt to Defendant, Defendant collected $740.15.

5.   The Debtor could have exempted those funds in this case had they been recovered by the trustee as a preference under 11 U.S.C. § 547.

      6.      The trustee has not attempted to avoid this transfer.

      7.      The aforesaid transfer to Defendant was not voluntary nor did the Debtor conceal any of the property involved.

      8.      The transfer to Defendant on account of the antecedent debt to it, while the Debtor was insolvent, enabled Defendant to receive more than it would have received if the transfer had not been made, since the Defendant would have received no dividend in the Debtor's bankruptcy case.

      WHEREFORE, the Plaintiffs pray for judgment against the Defendant ordering it to return the $740.15 obtained by it as described above and ordering such other and further relief as is just and proper.

      /s/James R. Logan  
      James R. Logan  
      Attorney for the Debtor  
      2419 Maryland Ave.  
      Baltimore, MD 21218  
      (410) 243-1508

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copies of the foregoing COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFER were sent electronically via ECF and mailed first class mail, postage pre-paid on June 24, 2010 to the below listed parties.

```
David E. Rice, Trustee
Venable LLP
750 E. Pratt St., #900
Baltimore, MD 21202

Michael J. Fradkin, Esq.
Attorney for Plaintiff
200 E. Joppa Rd
Suite 301 Shell Bldg.
Towson, MD 21286

Mariner Finance, LLC
FKA Finance Maryland, LLC
200 E. Joppa Rd., #301
Towson, MD 21286

Mariner Finance, LLC
S/O Joshua Johnson
Resident Agent
3301 Boston Street
Baltimore, MD 21224
```

　　　　　　　　　　　　__/s/James R. Logan
　　　　　　　　　　　　James R. Logan